**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-19095 |
| | ) | |
| Alexander L. Grossman, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on January 6, 2016 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: December 8, 2015           By:  /s/ Richard M. Fogel
                                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GROSSMAN, ALEXANDER L.    §    Case No. 15-19095
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 5,500.00 |
| *and approved disbursements of:* | $ | 50.00 |
| *leaving a balance on hand of[1]:* | $ | 5,450.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Capital One Auto Finance a division of Capital One, N.A. | 10,292.60 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 5,450.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,300.00 | 0.00 | 1,300.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 1,300.00 |
| Remaining balance: | $ | 4,150.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     4,150.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     4,150.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,244.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 8,751.94 | 0.00 | 3,230.08 |
| 2 | Discover Bank Discover Products Inc | 0.00 | 0.00 | 0.00 |
| 3 | Discover Bank Discover Products Inc | 0.00 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank c o Becket and Lee LLP | 2,492.54 | 0.00 | 919.92 |

Total to be paid for timely general unsecured claims:  $     4,150.00
Remaining balance:  $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/ Richard M. Fogel
_____
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**



```
Job : 50
Date: 12/2/2015
Time: 7:50:47 AM
```

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 15-19095-TAB
Alexander L. Grossman Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cweston     Page 1 of 1     Date Rcvd: Dec 09, 2015
                         Form ID: pdf006     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2015.
```
db             +Alexander L. Grossman,    608 Lily Court,    Schaumburg, IL 60193-2826
23603566        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23345974       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
23345976        Chase Bank,    National Bank by Mail,    PO Box 36520,    Louisville, KY 40233-6520
23345977       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23345979       +Delaware Place Bank,    190 E Delaware Pl,    Chicago, IL 60611-1814
23345982       +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
23345984      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23345975       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Dec 10 2015 01:15:25
                 Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
23726837       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 10 2015 01:30:54
                 Capital One Auto Finance,    a division of Capital One, N.A.,    PO Box 201347,
                 Arlington, TX 76006-1347
23359002       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 10 2015 01:30:54
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
23513973        E-mail/Text: mrdiscen@discover.com Dec 10 2015 01:12:37     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
23345980       +E-mail/Text: mrdiscen@discover.com Dec 10 2015 01:12:37     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
23345981       +E-mail/Text: EBN_Notifications@OWB.com Dec 10 2015 01:13:28     IndyMac Federal Bank,
                 PO Box 78826,    Phoenix, AZ 85062-8826
23581690        E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2015 01:18:17     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23345978*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23345983*      +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2015 at the address(es) listed below:
```
              Joseph P Doyle    on behalf of Debtor 1 Alexander L. Grossman joe@fightbills.com,
               courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                             TOTAL: 3
```