# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GROSSMAN, ALEXANDER L. | § § § § | Case No. 15-19095 |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $371,330.00 | Assets Exempt: | $63,755.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,150.00 | Claims Discharged Without Payment: | $715,122.27 |
| Total Expenses of Administration: | $1,350.00 | | |

     3) Total gross receipts of $5,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $313,122.00 | $10,292.60 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,350.00 | $1,350.00 | $1,350.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $719,471.79 | $28,748.36 | $11,244.48 | $4,150.00 |
| **TOTAL DISBURSEMENTS** | $1,032,593.79 | $40,390.96 | $12,594.48 | $5,500.00 |

4) This case was originally filed under chapter 7 on 05/31/2015. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2016      By: /s/ Richard M. Fogel
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-exempt funds held by wife | 1129-000 | $5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Auto Finance a division of Capital One, N.A. | 4210-000 | $10,537.00 | $10,292.60 | $0.00 | $0.00 |
| N/F | Toyota Motor Credit | 4110-000 | $18,833.00 | NA | NA | NA |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $256,202.00 | NA | NA | NA |
| N/F | Toyota Motor Credit | 4110-000 | $27,550.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$313,122.00** | **$10,292.60** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Rabobank, N.A. | 2600-000 | NA | $50.00 | $50.00 | $50.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,350.00** | **$1,350.00** | **$1,350.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $8,881.00 | $8,751.94 | $8,751.94 | $3,230.08 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | NA | $8,751.94 | $0.00 | $0.00 |
| 3 | Discover Bank Discover Products Inc | 7100-000 | NA | $8,751.94 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $2,563.00 | $2,492.54 | $2,492.54 | $919.92 |
| N/F | Chase Card | 7100-000 | $2,744.00 | NA | NA | $0.00 |
| N/F | IndyMac Federal Bank | 7100-000 | $89,000.00 | NA | NA | $0.00 |
| N/F | Chase Card | 7100-000 | $5,950.00 | NA | NA | $0.00 |
| N/F | Delaware Place Bank | 7100-000 | $510,333.79 | NA | NA | $0.00 |
| N/F | Chase Bank National Bank by Mail | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$719,471.79** | **$28,748.36** | **$11,244.48** | **$4,150.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-19095 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | GROSSMAN, ALEXANDER L. | Date Filed (f) or Converted (c): | 05/31/2015 (f) |
| | | § 341(a) Meeting Date: | 07/15/2015 |
| For Period Ending: | 02/08/2016 | Claims Bar Date: | 10/19/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1* | Real estate located at 608 Lily Court, IL 60193 (See Footnote) | 270,000.00 | 0.00 | | 0.00 | 1     FA |
| 2* | Cash on Hand (See Footnote) | 5.00 | 0.00 | | 0.00 | FA |
| 3* | Checking account with TCF Bank (See Footnote) | 3,000.00 | 0.00 | | 0.00 | 3     FA |
| 4* | Miscellaneous used household goods and furnishin (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 5* | Books, Pictures, and CD's (See Footnote) | 250.00 | 0.00 | | 0.00 | FA |
| 6* | Wearing Apparel (See Footnote) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7* | Miscellaneous Costume Jewelry (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 8* | Term Life Insurance policy through employer (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* | Term Life insurance policy through AIG (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 10* | 401(k) / Retirement plan through employer - 100% (See Footnote) | 11,000.00 | 0.00 | | 0.00 | FA |
| 11* | IRA - 100% protected (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 15-19095  
Case Name: GROSSMAN, ALEXANDER L.  
For Period Ending: 02/08/2016

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 05/31/2015 (f)  
§ 341(a) Meeting Date: 07/15/2015  
Claims Bar Date: 10/19/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12* | Automobile - 2010 Lexus RX350-V6 - Utility 4D AW (See Footnote) | 24,550.00 | 0.00 | | 0.00 | FA |
| 13* | Automobile - 2014 Nissan Versa - 4dr Sdn Manual (See Footnote) | 12,500.00 | 0.00 | | 0.00 | FA |
| 14* | Automobile - 2005 Lexus RX330-V6-AWD- Utility 4D (See Footnote) | 17,925.00 | 0.00 | | 0.00 | FA |
| 15 | Non-exempt funds held by wife | 5,500.00 | 5,500.00 | | 5,500.00 | FA |
| | **Assets        Totals**      (Excluding unknown values) | **$376,830.00** | **$5,500.00** | | **$5,500.00** | **$0.00** |

RE PROP# 1    Inconsequential value  
RE PROP# 2    Exempt personal property  
RE PROP# 3    Exempt personal property  
RE PROP# 4    Exempt personal property  
RE PROP# 5    Exempt personal property  
RE PROP# 6    Exempt personal property  
RE PROP# 7    Exempt personal property

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 15-19095  
**Case Name:** GROSSMAN, ALEXANDER L.  
**For Period Ending:** 02/08/2016

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 05/31/2015 (f)  
**§ 341(a) Meeting Date:** 07/15/2015  
**Claims Bar Date:** 10/19/2015

| | |
|---|---|
| RE PROP# 8 | Inconsequential value |
| RE PROP# 9 | Inconsequential value |
| RE PROP# 10 | Exempt personal property |
| RE PROP# 11 | Exempt personal property |
| RE PROP# 12 | Inconsequential value |
| RE PROP# 13 | Inconsequential value |
| RE PROP# 14 | Inconsequential value |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2016          **Current Projected Date Of Final Report (TFR):** 12/08/2015

UST Form 101-7-TDR ( 10 /1/2010)

Case 15-19095   Doc 33   Filed 03/02/16   Entered 03/02/16 14:09:47   Desc Main
                         Document      Page 9 of 11

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19095 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GROSSMAN, ALEXANDER L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8210 | Account #: | ******2066 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/16/2015 | {15} | ALEXANDER GROSSMAN | Non-exempt funds | 1129-000 | 5,500.00 |  | 5,500.00 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,490.00 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,480.00 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,470.00 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,460.00 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,450.00 |
| 01/06/2016 | 101 | Richard M. Fogel | Dividend paid 100.00% on $1,300.00 \| Claim # FEE \| Filed: $1,300.00 | 2100-000 |  | 1,300.00 | 4,150.00 |
| 01/06/2016 | 102 | Discover Bank Discover Products Inc | Dividend paid 36.91% on $8,751.94 \| Claim # 1 \| Filed: $8,751.94 | 7100-000 |  | 3,230.08 | 919.92 |
| 01/06/2016 | 103 | American Express Centurion Bank c o Becket and Lee LLP | Dividend paid 36.91% on $2,492.54 \| Claim # 4 \| Filed: $2,492.54 | 7100-000 |  | 919.92 | 0.00 |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19095 | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- |
| Case Name: | GROSSMAN, ALEXANDER L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8210 | Account #: | ******2066 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 5,500.00 | 5,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,500.00 | 5,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,500.00 | $5,500.00 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-19095 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | GROSSMAN, ALEXANDER L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8210 | **Account #:** | ******2066 Checking Account |
| **For Period Ending:** | 02/08/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2066 Checking Account | $5,500.00 | $5,500.00 | $0.00 |
| | **$5,500.00** | **$5,500.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**